No. 281, Misc. CANNON *v.* ELLIS, GENERAL MANAGER OF THE TEXAS PRISON SYSTEM. Court of Criminal Ap-

peals of Texas. Certiorari denied. Petitioner *pro se.*
*John Ben Shepperd,* Attorney General of Texas, and
*James N. Castleberry, Jr.,* Assistant Attorney General,
for respondent.